UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.         Criminal No. 09-cr-113-01-JL

<u>Trinidad Smith</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 7) filed by defendant is granted.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

             /s/ Joe Laplante
             _____
             Joseph N. Laplante
             United States District Judge

Date: August 18, 2009

cc: Jonathan R. Saxe, AFD
   Mark A. Irish, AUSA
   U.S. Marshal
   U.S. Probation