UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                            Criminal No. 09-cr-113-01-JL

Trinidad Smith

## O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted in part. The continuance is limited to 30 days . No further continuances without a hearing, and any further motion to continue shall contain request for a hearing.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*
_____
Joseph N. Laplante
United States District Judge

Date: October 15, 2009


cc: Jon Saxe, AFD
    Marrk Irish, AUSA
    U.S. Marshal
    U.S. Probation