UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 09-cr-113-01-JL

<u>Trinidad Smith</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by government is granted in part. The continuance is limited to December 8th trial period.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*

_____
Joseph N. Laplante
United States District Judge

Date: November 19, 2009


cc: Mark Irish, AUSA
    Jon Saxe, AFD
    U.S. Marshal
    U.S. Probation